Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Maria Salas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAS, <br>     Plaintiff, <br><br>   vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner Of Social Security, <br>     Defendant. | Case No.: 2:15-cv-01675-PJW <br><br> ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND SIX HUNDRED DOLLARS** ($3,600.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 3, 2016

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE